1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   DONALD TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-CR-0325 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER MODIFYING** |
| v. | ) | **RESTITUTION PAYMENT SCHEDULE** |
| | ) | **DURING INCARCERATION** |
| DONALD TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

The Court grants defendant's motion to modify the restitution payment schedule. (ECF 79)

The judgment filed December 2, 2010, is hereby modified pursuant to 18 U.S.C. § 3664(k), to provide that, while incarcerated, defendant shall pay restitution through the Inmate Financial Responsibility Program in an amount not to exceed $25 per month.

/////

/////

/////

The Clerk is directed to serve a copy of this order on the Bureau of Prisons and on the institution at FCI Lompoc.

IT IS SO ORDERED.

Dated: February 4, 2013.

_____
UNITED STATES DISTRICT JUDGE